**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

PAUL B. MOROWSKI, )
)
        Petitioner, )   3:12-cv-00593-LRH-WGC
)
vs. )
)   **ORDER**
STATE OF NEVADA, *et al.*, )
)
        Respondent. )

    Petitioner Paul Morowski has filed an application to proceed *in forma pauperis* and submitted a petition for a writ of habeas corpus. The motion for leave to proceed *in forma pauperis* (ECF No. 1) is incomplete in that it fails to include the financial certificate signed by the proper prison authority that is required for individuals proceeding pro se. Petitioner shall be sent the correct form and given an opportunity to file a corrected motion. Accordingly, petitioner shall be given leave to proceed *in forma pauperis* on a temporary basis. The petition shall be retained unfiled and it shall not be served on the named respondents at this time.

    **IT IS THEREFORE ORDERED** that the motion for leave to proceed *in forma pauperis* (ECF No. 1) is **GRANTED** on a temporary basis. The Clerk shall send to petitioner another application to proceed *in forma pauperis* form and instructions therefor. Petitioner shall have thirty (30) days from the date on which this order is entered to either pay the required $5.00 filing fee, or file a new, fully completed application to proceed *in forma pauperis*, including a completed financial certificate from inmate services. The failure to timely do so may result in the dismissal of this action. The Clerk shall retain the petition but not file it at this time.

    DATED this 29th day of November, 2012.

                                                                                      _____
                                                                                 LARRY R. HICKS
                                                                                  UNITED STATES DISTRICT JUDGE