# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAUL B. MOROWSKI, | ) | |
| Petitioner, | ) | 3:12-cv-00593-LRH-WGC |
| vs. | ) | |
| | ) | ORDER |
| STATE OF NEVADA, *et al.*, | ) | |
| Respondent. | ) | |

Petitioner Paul Morowski filed an application to proceed *in forma pauperis* and submitted a petition for a writ of habeas corpus. The motion for leave to proceed *in forma pauperis* (ECF No. 1) was incomplete in that it fails to include the financial certificate signed by the proper prison authority that is required for individuals proceeding pro se. Petitioner was granted time to supplement his *in forma pauperis* application. However that order as well as the original notification of receipt of documents by the court have been returned to the court as undeliverable. The time allowed to amend the application has expired.

It is a petitioner's specific obligation to keep the court informed of his contact and mailing information. LSR 2-2. The information provided by petitioner originally is incorrect and the court cannot contact petitioner in order to move the matter forward. Therefore, the petition shall be dismissed and the matter closed.

**IT IS THEREFORE ORDERED** that the Clerk shall **detach and file** the petition and supplement (ECF Nos. 1-1 and 1-2) and shall **electronically serve** respondents with a copy of the petition and this order.

**IT IS FURTHER ORDERED** pursuant to Local Rules of Special Proceedings 2-2, that this action is **DISMISSED WITHOUT PREJUDICE** for failing to maintain accurate contact information with the court.

The Clerk shall enter judgment accordingly.

DATED this 28th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE