AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

PAUL B. MOROWSKI,

      Petitioner,    JUDGMENT IN A CIVIL CASE
V.

                             CASE NUMBER:  **3:12-cv-00593-LRH-WGC**

STATE OF NEVADA, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** pursuant to Local Rules of Special Proceedings 2-2, that this action is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to maintain accurate contact information with the court.

  January 29, 2013                                **LANCE S. WILSON**
                                                        Clerk

                                                   D. R. Morgan
                                                 Deputy Clerk